IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**GEORGE CZEISZPERGER**   **PLAINTIFF**

**V.**   **NO. 3:15-CV-00037-DMB-SAA**

**PRUDENTIAL GROUP LIFE**
**INSURANCE; D.L., a minor**   **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the "Stipulation of Voluntary Dismissal, with Prejudice Pursuant to F.R.C.P.(a)(1)(A)(i)" [38] filed on October 6, 2015, this matter is **DISMISSED with prejudice**, with each party to bear its own costs and attorney's fees.[1]

SO ORDERED, this 9th day of October, 2015.

                                                                  **/s/ Debra M. Brown**
                                                                  **UNITED STATES DISTRICT JUDGE**

---

[1] Although the document filed is titled a stipulation and purports to dismiss the action pursuant to Rule 41(a)(1)(A)(i), stipulations of dismissal are governed by Rule 41(a)(1)(A)(ii). Additionally, subparagraph (i) dismissals may not be used to dismiss a party who has filed an answer. Both Defendants in this action have filed answers. *See* Doc. #11; Doc. #34. Accordingly, the Court interprets the document filed as seeking dismissal pursuant to subparagraph (ii).